```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
UNITED STATES OF AMERICA,               :
                                        :
           -v-                          :
                                        :    04 Cr. 356 (KBF)
MUSTAFA KAMEL MUSTAFA and ASWAT HAROON  :
RASHID,                                 :    ORDER
                                        :
                        Defendants.     :
------------------------------------------X
```

KATHERINE B. FORREST, District Judge:

Counsel is directed to provide a status letter to this Court regarding this matter no later than March 9, 2012.

SO ORDERED.

Dated:   New York, New York
         February 28, 2012

                                           KATHERINE B. FORREST
                                         United States District Judge