USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 2 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-

HAROON RASHID ASWAT
    a/k/a "Haroon,"
    a/k/a "Haroon Aswat,"

           Defendant.

------------------------------------------------------------X

04 Cr. 356 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

Pursuant to a proceeding with the Court on October 21, 2014, it is hereby

ORDERED as follows:

- Discovery shall be completed not later than December 5, 2014.

- Not later than January 23, 2015, counsel for defendant shall advise the Court, in writing, as to the status of the case, any potential motions and a proposed schedule, and dates in early September 2015 for trial.

- The next conference is scheduled for February 13, 2015 at 11:00 a.m.

- Upon application of the Government, no position taken by defendant, and as set forth on the record, time pursuant to 18 U.S.C. 3161 (h)(7)(A) of the Speedy Trial Act, is hereby excluded from October 21, 2014, to February 23, 2015. The Court finds the ends of justice are served by such an exclusion and that these ends outweigh the interests of the public and defendant in a speedy trial.

SO ORDERED.

Dated:   New York, New York
         October 22, 2014

_____
KATHERINE B. FORREST
United States District Judge