

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 22, 2014

**By Electronic Mail**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007
ForrestNYSDChambers@nysd.uscourts.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 2 3 2014
```

    Re:    **United States v. Haroon Rashid Aswat**
            **S2 04 Cr. 356 (KBF)**

Dear Judge Forrest:

    The Government respectfully submits for the Court's consideration the enclosed proposed protective orders to govern the handling of classified information and unclassified information in this case. Defense counsel, Peter E. Quijano, Esq., consents to the entry of these protective orders.

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney

           By:      /s/
                   John P. Cronan
                   Ian McGinley
                   Assistant United States Attorneys
                   Tel.: (212) 637-2779 / -2257

Enclosures

cc: Peter E. Quijano, Esq.
    Anna Sideris, Esq.
    *By electronic mail*

Ordered
Post to docket.

K. B. Forrest
USDJ

10/23/14