```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 7 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-  04 Cr. 356 (KBF)

HAROON RASHID ASWAT  ORDER
    a/k/a "Haroon,"
    a/k/a "Haroon Aswat,"

                  Defendant.

------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

The Court has learned that the defendant has returned from being housed outside of this district. As a result, the next conference is scheduled for December 1, 2014, at 12:00 p.m. The Court expects to be able to substantially advance all dates.

SO ORDERED.

Dated:    New York, New York
            November 7, 2014

_____
KATHERINE B. FORREST
United States District Judge