```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 1 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA          :
                                  :
            -v-                   :          04 Cr. 356 (KBF)
                                  :
HAROON RASHID ASWAT               :          ORDER
    a/k/a "Haroon,"               :
    a/k/a "Haroon Aswat,"         :
                                  :
            Defendant.            :
                                  :
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

Pursuant to a proceeding with the Court on December 1, 2014, it is hereby

ORDERED as follows:

- Trial in this matter will commence June 1, 2015, at 9:00 a.m.

- Pretrial motions shall be filed not later than February 2, 2015. Responses are to be filed not later than February 20, 2015. Replies, if any, are due not later than February 27, 2015.

- The next conference is scheduled for February 6, 2015 at 11:00 a.m.

- Upon application of the Government, no position taken by defendant, and as set forth on the record, time pursuant to 18 U.S.C. 3161 (h)(7)(A) of the Speedy Trial Act, is hereby excluded from December 1, 2014, to February 6, 2015. The Court finds the ends of justice are served by such an exclusion and that these ends outweigh the interests of the public and defendant in a speedy trial.

SO ORDERED.

Dated:   New York, New York
         December 1, 2014

                                        KATHERINE B. FORREST
                                        United States District Judge