

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 4, 2015

**By Electronic Mail & ECF**
The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007
ForrestNYSDChambers@nysd.uscourts.gov

　　　　Re:　**United States v. Haroon Rashid Aswat**
　　　　　　**S2 04 Cr. 356 (KBF)**

Dear Judge Forrest:

　　　　The parties write jointly to respectfully request an adjournment of the February 6, 2015, status conference until March 2, 2015, or as soon thereafter as is convenient for the Court. The parties are engaged in serious discussions about a potential disposition, but require some additional time to confer.

　　　　With the consent of defense counsel, the Government also respectfully requests an exclusion of time under the Speedy Trial Act between February 6, 2015, and the next status conference on the grounds that the parties will continue to discuss a possible resolution of this matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　PREET BHARARA
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　By:　_____/s/_____
　　　　　　　　　　　　　　　　　　　John P. Cronan
　　　　　　　　　　　　　　　　　　　Ian McGinley
　　　　　　　　　　　　　　　　　　　Shane T. Stansbury
　　　　　　　　　　　　　　　　　　　Assistant United States Attorneys
　　　　　　　　　　　　　　　　　　　(212) 637-2779 / 2257/ 2641

cc: Peter E. Quijano, Esq.
　　Anna Sideris, Esq.
　　*By electronic mail*