

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 4, 2015

**By Electronic Mail & ECF**
The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007
ForrestNYSDChambers@nysd.uscourts.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: FEB 0 5 2015
```

Re: **United States v. Haroon Rashid Aswat**
    S2 04 Cr. 356 (KBF)

Dear Judge Forrest:

The parties write jointly to respectfully request an adjournment of the February 6, 2015, status conference until March 2, 2015, or as soon thereafter as is convenient for the Court. The parties are engaged in serious discussions about a potential disposition, but require some additional time to confer.

With the consent of defense counsel, the Government also respectfully requests an exclusion of time under the Speedy Trial Act between February 6, 2015, and the next status conference on the grounds that the parties will continue to discuss a possible resolution of this matter.

*Ordered*
Conference adjourned to 3/3/15 at 1pm. Based on the representations herein, time is prospectively excluded to 3/3/15 in the interests of justice. K.B. For USDJ

Respectfully submitted,

PREET BHARARA
United States Attorney

By: ____/s/_____
John P. Cronan
Ian McGinley
Shane T. Stansbury
Assistant United States Attorneys
(212) 637-2779 / 2257/ 2641

cc: Peter E. Quijano, Esq.
    Anna Sideris, Esq.
    *By electronic mail*  2/5/15