```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 3, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                    04 Cr. 356 (KBF)

HAROON RASHID ASWAT,                     ORDER
    a/k/a "Haroon,"
    a/k/a "Haroon Aswat,"

                     Defendant.

------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

Upon application of the Government and consented to by defendant, and as set forth on the record, time pursuant to 18 U.S.C. 3161 (h)(7)(A) of the Speedy Trial Act, is hereby excluded from March 3, 2014, to June 1, 2015. The Court finds the ends of justice are served by such an exclusion and that these ends outweigh the interests of the public and defendant in a speedy trial.

    SO ORDERED.

Dated:     New York, New York
              March 3, 2015

                                                    _____
                                                      KATHERINE B. FORREST
                                                      United States District Judge