```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 24, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA                    :
:
-v-                         :          04 Cr. 356 (KBF)
:
:                    ORDER
HAROON ASWAT,                                :
:
Defendant.       :
------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

Upon review of the transcript of the change of plea hearing, held on March 30, 2015, the Court notes that it did not inform Mr. Aswat of his right to testify on his own behalf should he decide to go to trial.

The Court would like defense counsel to confer with the defendant and inform the Court if Mr. Aswat understands this right and whether or not this right influences in any way, Mr. Aswat's decision to enter a plea of guilty. If necessary, the Court will promptly schedule another session with all parties.

SO ORDERED.

Dated:   New York, New York
         April 24, 2015

                                    _____
                                    KATHERINE B. FORREST
                                    United States District Judge