***QUIJANO & ENNIS, P.C.***
ATTORNEYS AT LAW
40 FULTON STREET
FLOOR 23
NEW YORK, NEW YORK 10038

TELEPHONE: (212) 686-0666
FAX: (212) 686-8690

**Peter Enrique Quijano**
**Nancy Lee Ennis**
**Anna N. Sideris**

May 1, 2015

**Via ECF**

Honorable Katherine B. Forrest
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Haroon Aswat** 04 Cr. 356

Dear Judge Forrest:

Pursuant to the Court's ORDER, dated April 24, 2015, Counsel conferred with Mr. Aswat during a legal visit on April 29, 2015.  I informed and explained to Mr. Aswat of his right to testify on his own behalf should he decide to go to trial.  Mr. Aswat continues to understand this right as it was explained to him previously and it does not influence in any way his decision to enter a plea of guilty.  Accordingly, Counsel does not believe it is necessary for the Court to schedule another session with all parties.

Respectfully submitted,

*Anna N. Sideris*

Anna N. Sideris